UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 11-24110-RBR

DOCUTEK IMAGING SOLUTIONS, INC.,                            Chapter 11

    Debtor.
_____/

## REGIONS BANK'S EMERGENCY MOTION FOR APPOINTMENT OF EXAMINER WITH POWERS LIMITED TO CONDUCTING THE SALE PROCESS

### Emergency Hearing Requested

**Regions Bank requests an emergency hearing in order to appoint an Examiner in this case for the reasons set forth below.**

Secured Creditor, Regions Bank ("Regions"), through undersigned counsel, respectfully moves this Honorable Court for the entry of an Order appointing Robert Swett of Robert Swett Consulting, LLC as Examiner for this Debtor, with his powers limited to conducting the sale process on behalf of the Debtor, including negotiations with prospective purchasers, granting access to information with respect to due diligence and otherwise handling the sale process and, in support thereof, would state:

1.      This Debtor filed its Petition on May 23, 2011.

2.      Pursuant to the *Debtor's Emergency Motion for Entry of Order Authorizing on an Interim and Final Basis Use of Cash Collateral* (ECF No. 6) (the "Cash Collateral Motion"), Regions has consented to the use of cash collateral.  Regions' debt is reflected by two Promissory Notes which, including costs and pre-petition interest, exceeds Two Million Five Hundred Thousand and 00/100 ($2,500,000.00) Dollars.  One of the Promissory Notes is secured in the amount of Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars and the Note

in the amount of One Million Seven Hundred Fifty Thousand and 00/100 ($1,750,000.00) Dollars is a general unsecured obligation of this Debtor.[1]

3.       The Debtor has previously obtained letters of intent from two purchasers, one of whom was represented by Robert Furr and both of whom seemed to be extremely interested in a purchase of the assets.  However, both purchasers ultimately gave up on attempting to conclude a sale with the Debtor and withdrew from any further discussions due to their frustrations in dealing with the Debtor.

4.       Regions Bank believes that there is an opportunity in this case to accomplish something for the benefit of general unsecured creditors because of the limitation on Regions lien.  Regions does not believe that this will occur if the Debtor is left in charge of the sale process.  The Debtor's principal has his own agenda and it impedes his ability to conclude a sale.

5.       The current purchaser, Modular Document Solutions, LLC ("Modular"), which has entered into an asset purchase agreement with the Debtor dated May 20, 2011, currently has an agreement that contains, among other things, the following provisions:

> A.       Modular may walk away from the agreement at any time for any reason and has no deposit at risk all the way up through closing;
>
> B.       There is no limitation of any kind on the due diligence period for Modular; and,
>
> C.       The purchase price being offered by Modular includes an assumption of indebtedness owing by the Seller to Regions Bank for the total amount of the secured Note or Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars.  The current contract requires that the closing occur on or before June 30, 2011.

---

[1] The Note in the amount of  $1,750,000.00 is collateralized by a lien on the Debtor's principal's primary residence.

6.     The matters set forth in the preceding paragraph are not intended to be an all-inclusive list of issues that should be addressed in the contact.  However, it goes without saying that if the purchase price includes Regions Bank granting credit to the proposed purchaser, then Regions Bank ought to have a representative or there should at least be a neutral representative that is in charge of the sale process.  Regions proposes that there be a neutral in the form of an examiner which should be the same person that was appointed by the State Court—he is already familiar with the company and is intimately familiar with the Debtor's business.

7.     Regions has no objection to the examiner being paid from the proceeds of the sale, and the examiner has agreed to that compensation arrangement.

WHEREFORE, Regions Bank respectfully requests that this Honorable Court grant the relief requested above.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys for Regions Bank
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:  (305) 379-3121
Facsimile:  (954) 462-4300

By: /s/ Arthur Halsey Rice_____
      ARTHUR HALSEY RICE
      Florida Bar No. 224723

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF and/or First Class U.S. Mail to all parties on the attached list this 31st day of May, 2011.

/s/ Arthur Halsey Rice_____
ARTHUR HALSEY RICE

3

## SERVICE LIST

**VIA ECF**

Riley W. Cirulnick on behalf of Creditor Regions Bank
rcirulnick@rprslaw.com

Joe M. Grant on behalf of Debtor Docutek Imaging Solutions, Inc.
jmgrant@jmgrantlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Arthur H Rice on behalf of Creditor Regions Bank
arice.ecf@rprslaw.com

**VIA FIRST CLASS U.S. MAIL**

All parties on the attached list.

J:\WPDocs\4641 Regions Bank v. DocuTek\002 Bankruptcy\Pleadings\Emergency Motion for Appointment of Examiner.docx

Label Matrix for local noticing
113C-0
Case 11-24110-RBR
Southern District of Florida
Fort Lauderdale
Tue May 31 10:48:48 EDT 2011

Docutek Imaging Solutions, Inc.
1011 SW 30 Ave
Deerfield Beach, FL 33442-8104

Regions Bank
c/o Riley W. Cirulnick
Rice Pugatch Robinson & Schiller, P.A.
101 NE Third Ave #1800
Ft. Lauderdale, FL 33301-1252

Advanced Imaging Solution
3690 N. Rancho Drive
Las Vegas, NV 89130-3182

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Bellsouth Advertising
PO Box 105024
Atlanta, GA 30348-5024

Candles of Grassy Meadows
100 N. Fresno Street
Fresno, CA 93701

Citi Card
PO Box 183051
Columbus, OH 43218-3051

Copy Technologies
2035 Fair Oaks Circle
Denton, TX 76210-8861

Copynet Office Systems
1301 Avenue K
Plano, TX 75074-6907

Dell
PO Box 534118
Atlanta, GA 30353-4118

Docuware Corporation
356 Meadow Avenue
Newburgh, NY 12550-3038

Impression Solutions
401 Yorkville Road
Columbus, MS 39702-7618

Interstate Deerfield
9177 Glades Road
Suite 209
Boca Raton, FL 33434

Interstate-Deerfield, LLC
c/o Mitchell D. Adler, Esq.
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309-2195

Konica Minolta Business
PO Box 93314
Amesbury, MA 01913

MWA Intelligence, Inc.
PO Box 504373
Saint Louis, MO 63150-4373

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Original Copy Supplies
4435 Cibciyrse Drive
Ann Arbor, MI 48108

Polek & Polek
PO Box 53021
Newark, NJ 07101-5321

Regions Bank
6990 SW 8th Street, Suite 200
Miami, FL 33144-4744

Rice Pugatch Robinson & Schiller, P.A.
c/o Arthur H. Rice
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

Ricoh Americas Corp.
PO Box 73076
Chicago, IL 60673-7076

Sherman Law Office
1000 Corporate Drive
Suite 310
Fort Lauderdale, FL 33334-3645

Square IT Solutions, Inc.
4320 NW 71st Drive
Coral Springs, FL 33065-2127

US Bank
1310 Madrid Street
Suite 101
Marshall, MN 56258-4002

Zeno Office Solutions
PO Box 23687
Tampa, FL 33623-3687

Joe M. Grant Esq.
601 S Federal Hwy #202
Boca Raton, FL 33432-6008

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27