

**ORDERED in the Southern District of Florida on September 02, 2011.**

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION**

**DOCUTEK IMAGING SOLUTIONS, INC.,**   CASE NO. 11-24110-BKC-RBR
                                       CHAPTER 7

  Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR
AUTHORITY TO SELL REMAINING MISCELLANEOUS
ASSETS EXCEPT FOR TRUCKS TO
MODULAR DOCUMENT SOLUTIONS, LLC (DE 89)**

This matter came before the Court for hearing on August 30, 2011 upon the Trustee's Motion for Authority to Sell Remaining Miscellaneous Assets Except for Trucks to Modular Document Solutions, LLC (DE 89) (the "Motion") and the Court having considered the matter and being otherwise duly advise, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to sell to Modular Document Solutions, LLC ("Modular") for the amount of $12,500.00, the Yale Forklift (440 hrs), (28) Laptop Computers,

1

(50) Desktop Computers, Server Computers, Assorted Printers, Pallet Racking, Office Furniture (Ex Offices), Panel Systems & Worktops, Assorted Inventory, Assorted Obsolete Machines, and Assorted Scrap. Specifically excluded from the sale are the Debtor's trucks.

3. The 50/50 sharing arrangement between the Trustee and Modular regarding the sale of inventory has been waived. As such, Modular must pay the Trustee the entire sale price of $12,500.00.

4. This sale is free and clear of all liens, claims and encumbrances, pursuant to Section 363(b)(1) and 363(f) of the Bankruptcy Code.

5. The Trustee is authorized to execute any and all documents necessary to effectuate the sale herein.

6. IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT MODULAR IS PURCHASING THE ACQUIRED ASSETS "AS IS" AND "WHERE IS," "WITHOUT RECOURSE," AND WITH ALL FAULTS AND DEFECTS, LATENT OR OTHERWISE, AND THAT TRUSTEE, AS SELLER, IS MAKING NO REPRESENTATIONS OR WARRANTIES, EITHER EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE, WITH RESPECT TO THE QUALITY, CONDITION, EXISTENCE, LOCATION, OR VALUE OF THE ACQUIRED ASSETS, OR THE INCOME OR EXPENSES FROM OR OF THE BUSINESS OR THE ACQUIRED ASSETS OR THE OPERATIONS OR RESULTS OF OPERATIONS OR ECONOMIC FORECASTS OR PROJECTIONS CONCERNING EARNINGS OR PROFITS, THE COMPLETION, STATUS OF COMPLETION OR SOUNDNESS OF ANY OF THE ACQUIRED ASSETS, THE USE RESTRICTIONS AFFECTING THE ACQUIRED ASSETS, THE ENFORCEABILITY OF ANY CONTRACT OR OTHER AGREEMENT OR RIGHT ASSIGNED HEREUNDER, OR

THE COMPLIANCE OF THE ACQUIRED ASSETS OR ANY PART THEREOF WITH ANY LAWS, STATUTES, RULES, ORDINANCES, DECREES OR ORDERS APPLICABLE THERETO. WITHOUT LIMITING THE FOREGOING, IT IS UNDERSTOOD AND AGREED THAT TRUSTEE, AS SELLER MAKES NO WARRANTY OF HABITABILITY, SUITABILITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY PURPOSE.

###

Submitted by:
Tarek Kiem, Esquire
Rappaport Osborne & Rappaport, PL
Attorneys for Trustee
1300 N. Federal Hwy., #203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350
tarek@rorlawfirm.com

Tarek Kiem, Esq. is directed to serve a copy of this order to all interested parties and file a certificate of service.